REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

FILED
19 OCT 23 PM 3: 48
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Cause No. 1:19-CR-96 |
| | ) | Violation: 18 U.S.C. § 922(g)(1) |
| ARMANDO VONGPHACHANH | ) | |

**THE GRAND JURY CHARGES:**

On or about September 25, 2019, in the Northern District of Indiana,

**ARMANDO VONGPHACHANH,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is to say:

On or about January 23, 2012, ARMANDO VONGPHACHANH was sentenced on his conviction in the Allen County Indiana Superior Court for Dealing in a Schedule I, II, III Controlled Substance – Delivery Of, under cause number 02D05-1109-FB-000225 a felony;

knowingly possessed a firearm and the firearm was in and affecting commerce;

All in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

The allegation contained in the single count Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the firearm offense alleged in this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in the commission of the offense.

A TRUE BILL

*/s/ Foreperson*
Foreperson

THOMAS L. KIRSCH, II
UNITED STATES ATTORNEY

By: */s/ Lesley J. Miller Lowery*
Lesley J. Miller Lowery
Assistant United States Attorney